IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,
        Plaintiff,

v.

BARBARA BORTNER,

        Defendant.

ORDER FOR RESTITUTION

21-cr-85-wmc-1

---

On May 4, 2022, defendant was sentenced on counts 1 and 2 of the information to a 42-month concurrent term of imprisonment in case number 21-cr-85. At the time of the sentencing hearing, restitution was unable to be determined. Subsequent information has been received which makes that restitution determination possible.

As to count one of the information, IT IS ORDERED that the defendant pay restitution in the amount of $2,428,275.00, joint and severally with her co-defendant Ryan Weckerly, to the Clerk of Court for the Western District of Wisconsin to be disbursed as follows:

    Mercyhealth Corporation
    1000 Mineral Point Avenue
    Janesville, WI

Based on defendant and the government's representations that $1,837,496.72 had been paid to the Clerk of Court for restitution, which will be dispersed to Mercyhealth, defendant still owes Mercyhealth $590,778.28 joint and severally with her co-defendant Ryan Weckerly.

As to count two of the information, IT IS ORDERED that the defendant pay restitution in the amount of $777,803.00 to the Clerk of Court for the Western District of Wisconsin to be disbursed as follows:

> Internal Revenue Service – RACS
> Attn: Mail Stop 6261, Restitution
> 333 West Pershing Avenue
> Kansas City, MO   64108

Defendant does not have the economic resources to allow her to make full payment of restitution in the foreseeable future under any reasonable schedule of payments. Pursuant to 18 U.S.C. § 3664(f)(3)(B), she is to begin making nominal payments of a minimum of $500 each month, beginning within 30 days of defendant's release from custody.

Defendant shall notify the court and the Attorney General of any material change in defendant's economic circumstances that might affect defendant's ability to pay restitution.

No interest is to accrue on the unpaid portion of the restitution.

In all other respects, the judgment remains as entered on May 4, 2022.

Entered this 13th day of July, 2022.

BY THE COURT:

_____
WILLIAM M. CONLEY
District Judge